LUCY MONTEFUSCO et al., Appellants-Respondents, v. CITY OF NEW YORK, Defendant, and LOTLI, INC., Respondent-Appellant.— In an action to recover damages for personal injuries and loss of services, order denying plaintiffs' motion to preclude defendant Lotli, Inc., from giving evidence at the trial in respect of the matters as to which a bill of particulars was ordered, affirmed, without costs. Appeal from order denying the motion of defendant Lotli, Inc., to resettle the order directing the furnishing of a bill of particulars, dismissed, without costs. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

WILLIAM O'KEEFFE, Respondent, v. JOHN F. CORBEY, Appellant.— Plaintiff brings this action to recover $1,400, based on an oral promise by defendant to pay certain loans against which the Statute of Limitations had run. Defendant thereupon moved to dismiss the complaint pursuant to rule 107 of the Rules of Civil Practice on the ground (1) that more than six years have elapsed since the action accrued, and (2) that the action is unenforcible under the provisions of the Statute of Frauds. The motion was denied and defendant appeals. Order of the County Court, Nassau County, reversed on the law and the facts, with $10 costs and disbursements, and the motion granted, with $10 costs. This action is not maintainable. (Civ. Prac. Act, § 59; *Wakulaw* v. *State Bank,* 214 App. Div. 673, 677, 678; *Matter of McKnight,* 263 App. Div. 1024; *Bolles* v. *Hertz,* 32 N. Y. S. 2d 90 [not officially published].) Lewis, P. J., Carswell Johnston, Adel and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FILIPPI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD H. PHILLIPS, Appellant.— Judgment of the County Court, Nassau County, convicting the appellant of the crimes of assault and attempted rape, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

JOHN RAMBO, Respondent, v. RAYMOND A. HALSEY, Appellant.— In an action to recover damages for the destruction by a dog warden of two unlicensed dogs owned by plaintiff, before the expiration of the period of redemption provided for in section 114 of the Agriculture and Markets Law, defendant's motion to dismiss the complaint for insufficiency was denied. Order of the County Court, Suffolk County, affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.